IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF DANNY VALENTINE-SHABAZZ,<br>    Plaintiff, | :<br>:<br>:<br>: | |
| v. | : | CIVIL ACTION NO. 22-CV-0866 |
| JEFF FLYNN, *et al.*,<br>    Defendants. | :<br>:<br>: | |

**ORDER**

AND NOW, this **19th** day of **April, 2022**, in light of *pro se* Plaintiff Danny Amen Valentine-Shabazz's failure to pay the fees necessary to commence a civil action in this Court, as directed by this Court's Order entered on March 16, 2022 (ECF No. 38),[1] which: (a) granted him

---

[1] On March 4, 2022, Valentine-Shabazz commenced this civil action with the electronic filing of an unsigned Complaint. (*See* ECF No. 1) Upon the filing of the Complaint, Valentine-Shabazz was provided the Notice of Guidelines for Representing Yourself (Appearing *Pro Se*) in Civil Cases, (*see* ECF No. 2), which directed Valentine-Shabazz, *inter alia*, that "All documents you submit to the Court should be in the form of a pleading (*e.g.,* complaint, amended complaint), notice, motion, brief, or supporting memorandum of law." Valentine-Shabazz subsequently submitted, by electronic filing, numerous unsigned motions and miscellaneous documents, none of which was in the proper form of a pleading. (*See, e.g.*, ECF Nos. 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24.) By Order dated March 14, 2022, Valentine-Shabazz was directed to either pay the fees necessary to commence a civil case, or to file an application to proceed *in forma pauperis*. (ECF No. 13.) Because he failed to sign the Complaint, Valentine-Shabazz also was directed to do so, as required by Federal Rule of Civil Procedure 11(a). (*Id.*) In response to the Court's Order, Valentine-Shabazz filed the Complaint with an electronic signature, (*see* ECF No. 29), as well as a Motion for Leave to Proceed *In Forma Pauperis,* (*see* ECF No. 28). He continued to submit numerous, unsigned, miscellaneous documents to the Clerk of Court for electronic filing. (*See* ECF Nos. 25, 26, 27, 30, 31, 32, 33, 34, 35, 36, 37.)

   By Order dated March 16, 2022, the Court denied Valentine-Shabazz's Motion to Proceed *In Forma Pauperis* because the Court determined, based on the information he provided about his income and assets, he had sufficient ability to pay the $350 filing fee and $52 administrative fee required to commence this case. (ECF No. 38.) The Court further instructed Valentine-Shabazz that if he sought to proceed with this case, he was required to remit $402 to the Clerk of Court within thirty days of the date of the Order and that if he failed to do so, his case may be dismissed for failure to prosecute. (*Id.*) Additionally, Valentine-Shabazz again was advised that his submissions to the Court must comply with the Federal Rules of Civil Procedure, including Rule 11(a), as well as the Standing Orders and Local Civil Rules of the United States District Court for the Eastern District of Pennsylvania. (*Id.*) Not one of Valentine-Shabazz's

thirty days to do so, and (b) warned him that if he failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute, it is **ORDERED** that:

1. Valentine-Shabazz's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. All pending motions (ECF Nos. 3, 4, 12, 14, 15) are **DENIED**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

numerous electronic submissions since the entry of the March 16, 2022 Order has complied with these directives. (*See, e.g.*, ECF Nos. 3, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96.)